434

dine White, Jennifer Reynolds, Felicia Hill, Rosemary Kreutzberg, Rodney Geddis and Estate of Danny C. Johnson, Estate of Roseline Conteh and Estate of Mary Simpson, Jonathan M. Finnegan, Griffin Campbell Construction, Felicia Hill, Jack Higgins and Jack F. Higgins Architect, Inc., Plato Marinakos, Mariya Plekan and Sean Benschop and S & R Contracting

v.

The SALVATION ARMY and STB Investments Corp.

Petition of STB Investments Corporation; Richard Basciano, Thomas Simmonds, Frank Cresci; Lois Basciano; Wolfington Network, LLC; Alex Wolfington; the Salvation Army; Charles Deitrick, John Cransford; Alistair Fraser; Plato Marinakos; Plato A. Marinakos Architect, LLC; Jack Higgins and Jack F. Higgins Architect, LLC.

No. 52 EM 2015.

Supreme Court of Pennsylvania.

July 22, 2015.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of July, 2015, the Petition for Review is DENIED.

120 A.3d 297

STB INVESTMENTS CORP., Richard Basciano, Thomas Simmonds, Frank Cresci, Alex Wolfington, Wolfington Network, LLC, the Salvation Army, Charles Deitrick, John Cranford, Alistair Fraser, Plato Marinakos, Jr., Plato Marinakos Architect, LLC, Jack Higgins and Jack F. Higgins Architect, Inc., Petitioners

v.

Angelo HARMON, Individually and as Administrator of the Estate of Juanita Harmon, Nadine White, Linda Bell, Bernard Ditomo, Jennifer Reynolds, Felicia Hill, Rosemary Kreutzberg, Rodney Geddis, Shirley Ball and Stanley Ball, h/w, Betty Brown; Maggie Adams Davis, Individually and as Administratrix of the Estate of Borbor Davis, Mariya Plekan, George

Simpson, Individually and as Administrator of the Estate of Mary Simpson, Aiah Gbessay, Aiah Boya and Francis Sankoh, Individually and as Co–Administrators of the Estate of Roseline Conteh, Deceased, Nancy Winkler and John Bryan, Individually and as Administrators of the Estate of Anne Bryan, Margarita Agosto, Jonathan M. Finnegan, Individually and as Administrator of the Estate of Kimberly Finnegan, Bonnie B. Johnson, Individually and as Administratrix of the Estate of Danny C. Johnson, Respondents.

No. 48 EM 2015.

Supreme Court of Pennsylvania.

July 22, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2015, the Application for Extraordinary Relief Pursuant to the Court's King's Bench Power and/or Plenary Jurisdiction is **DENIED.**

120 A.3d 298

**Eugene LAMBERT, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.**

No. 62 EM 2015.

Supreme Court of Pennsylvania.

July 22, 2015.

## *OPINION*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition